UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
|   RONALD BARNES, JR. | ) |
|   GABRIELLI HALEY | ) CASE NO. 14-32159-DHW-13 |
|     Debtor(s). | ) |

## OBJECTION TO CONFIRMATION

Now comes ALABAMA STATE EMPLOYEES C.U., by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit: 2005 GMC YUKON and 2013 CHEVROLET CRUZE.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the 2013 Chevrolet Cruze at $13,000.00 whereas the NADA retail value less a deduction for 42,000 miles is $15,475.00.

3. The loans for each vehicle are cross-collateralized with the other. There is more than enough equity in the 2005 GMC to fully secure the loan for the 2013 Chevrolet.

WHEREFORE, ALABAMA STATE EMPLOYEES C.U., prays for an Order denying confirmation along with such further relief as the Court may deem proper.

ALABAMA STATE EMPLOYEES C.U.

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this October 2, 2014.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

RONALD BARNES, JR.
GABRIELLI HALEY
1007 MARTIN LUTHER KING DRIVE
PRATTVILLE AL 36067

/s/ Leonard N. Math