# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 14-32159-DHW
                                         Chapter 13
RONALD BARNES, JR.,
GABRIELLI HALEY,

     Debtors.


## ORDER CONDITIONALLY DENYING RELIEF FROM STAY

    Alabama State Employees Credit Union filed a motion (Doc. # 38) for relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on property described in the motion. The motion came on for hearing on October 24, 2016.   In accordance with the ruling from the bench in open court, it is

    ORDERED that the motion for stay relief is CONDITIONALLY DENIED. Stay will lift, however, without further action by the court, if the debtors do not make full plan payments to the trustee within the month in which they come due beginning with the November 2016 installment.

    Done this 24th day of October, 2016.


Dwight H. Williams, Jr.
United States Bankruptcy Judge


c:  Debtors
    Joshua C. Milam, Attorney for Debtors
    Leonard N. Math, Attorney for Creditor
    Sabrina L. McKinney, Acting Trustee
    Alabama State Employees Credit Union, Creditor