# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 14-32159 |
| Ronald Barnes, Jr. } | |
| Gabrielli Haley } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on August 13, 2014.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because debtor(s) lost his job and had trouble finding new employment.

3. The debtor(s) is now able to resume payments to the Trustee because debtor(s) is now working full time and payments have resumed.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 23 day of November, 2016.

/s/ Joshua C. Milam
ASB-3046-T99U
*Richard D. Shinbaum*

*Attorney for Debtor*:
Joshua C. Milam ASB-3046-T99U
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 23 day of November, 2016.

Chapter 13 Trustee, (Acting) Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs

/s/ Joshua C. Milam ASB-3046-T99U
*Richard D. Shinbaum*