UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 14-32159-DHW
                                                 Chapter 13
RONALD BARNES, JR. and
GABRIELLI HALEY,

      Debtor

## ORDER CONTINUING HEARING
## ORDER INCREASING PAYMENTS

The hearing on the trustee's motion to dismiss this case is hereby CONTINUED to be held at the United States Bankruptcy Court, United States Courthouse, One Church Street, Courtroom 4-C, Montgomery, Alabama on February 27, 2017 at 10:00 am.

The hearing is being continued to monitor payments.

The amount of the payments to the trustee under the plan must be increased to make the plan feasible. Accordingly, it is

ORDERED that the amount of the payments to the trustee are hereby INCREASED to $174.00 weekly.

Done this 23rd day of January, 2017.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
    Joshua C. Milam, Attorney for Debtor
    Sabrina L. McKinney [Acting], Trustee

```
United States Bankruptcy Court
Middle District of Alabama
```

In re:                                                              Case No. 14-32159-DHW
Ronald Barnes, Jr.                                                  Chapter 13
Gabrielli Haley
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 1127-2          User: jingram            Page 1 of 3           Date Rcvd: Jan 23, 2017
                              Form ID: pdfSOME         Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db/jdb      +Ronald Barnes, Jr.,    Gabrielli Haley,    1007 Martin Luther King Dr,
              Prattville, AL 36067-1891
cr           Alabama State Employees C.U.,    Chambless - Math, P. C.,    P. O. Box 230759,
              Montgomery, AL  36123-0759
cr           American InfoSource LP as agent for Midland Fundin,    PO Box 268941,
              Oklahoma City, OK  73126-8941
3136238     +AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,    KENNESAW, GA 30144-3672
3136239     +Aarons Rental Center,    2556 Cobbs Ford Road,    Prattville, AL 36066-7708
3136244     +All American Check Cashing,    202 A South Memorial Dr.,    Prattville, AL 36067-3622
3136251     +CREDIT EXPRESS/CAP STONE,    3207 ATLANTA HWY,    Montgomery, AL 36109-3435
3136252     +CREDIT MANAGEMENT LP,    4200 INTERNATIONAL PKWY,    CARROLLTON, TX 75007-1912
3136246     +Cmre Financial Services Inc,    3075 E IMPERIAL HWY STE 200,    BREA, CA 92821-6753
3136248      Covington Credit,    2250 Hwy 14 East,    Prattville, AL 36066
3136253     +DIREC MGMT,    4320 DOWNTOWNER LOOP S,    MOBILE, AL 36609-5446
3136256     +EDMANAGE/DEPT OF EDUCA,    8906 TWO NOTCH RD,    COLUMBIA, SC 29223-6366
3189613      EMERGENCY SERVICES OF MONTGOMERY, PC,    P.O. Box 1109,    Minneapolis, MN 55440-1109
3136235      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3136237      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3136257     +Emergi Cash,    301 South Memorial,    Prattville, AL 36067-3625
3136260     +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
3136261     +FIRST SUN,    33 S. PERRY STREET,    Montgomery, AL 36104-3756
3136262     +Genral Finance,    18 S Perry Street,    Montgomery, AL 36104-3757
3136264     +LABORATORY ACUISITION CORP,    2055 NORMANDIE DRIVE,    # 208,    Montgomery, AL 36111-2732
3136263      LabCorp,    P.O. Box 2240,    Burlington, NC 27216-2240
3141109     +MOHELA on behalf of Dept. of ED,    MOHELA,    633 Spirit Dr,    Chesterfield MO 63005-1243
3136267     +MOHELA/DEPT OF ED,    633 SPIRIT DRIVE,    CHESTERFIELD, MO 63005-1243
3136268     +ONE STOP CASH,    1702 EAST MAIN STREET,    Prattville, AL 36066-5582
3136269     +PLANET FITNESS,    151 N MEMORIAL DRIVE,    Prattville, AL 36067-3339
3136270     +PRATTVILLE BAPTIST,    PO BOX 241145,    Montgomery, AL 36124-1145
3136271     +RJM ACQ LLC,    575 UNDERHILL BLVD STE 2,    SYOSSET, NY 11791-3426
3136274      SERVICE LOAN,    557 MCQUEEN SMITH RD,    Prattville, AL 36066
3136277    #+STELLAR RECOVERY INC,    4500 SALISBURY RD STE 10,    JACKSONVILLE, FL 32216-8035
3136236      TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3136280     +US DEPT OF EDUCATION,    ATTN: BANKRUPTCY,    PO BOX 16448,    SAINT PAUL, MN 55116-0448
3136281     +Weisfield Jewelers/Sterling Jewelers Inc,    ATTN: BANKRUPTCY,    PO BOX 1799,
              AKRON, OH 44309-1799
3226414     +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: ch13montgomery@ch13mdal.com Jan 23 2017 21:24:49     Curtis C. Reding,
              P. O. Box 173,    Montgomery, AL 36101-0173
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2017 21:27:24
              PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
3136240      +Fax: 864-336-7400 Jan 23 2017 21:46:46      ADVANCE AMERICA,    1850 EAST MAIN STREET,
              Prattville, AL 36066-5500
3136241     +E-mail/Text: EBNProcessing@afni.com Jan 23 2017 21:24:20     AFNI, INC.,    ATTN: BANKRUPTCY,
              PO BOX 3097,    BLOOMINGTON, IL 61702-3097
3136242     +E-mail/Text: bankruptcy@yourasecu.com Jan 23 2017 21:23:59     AL ST ECU,
              1000 INTERSTATE PARK DRIVE,    MONTGOMERY, AL 36109-5415
3643197     +E-mail/Text: bankruptcy@yourasecu.com Jan 23 2017 21:23:59     ALABAMA STATE EMPLOYEES CREDIT UNION,    P.O. BOX 231150,    MONTGOMERY AL 36123-1150
3136243     +E-mail/Text: bankruptcy@yourasecu.com Jan 23 2017 21:23:59     ALABAMA STATE EMPLOYEES CU,
              1000 INTERSTATE PARK DRIVE,    Montgomery, AL 36109-5415
3142966     +E-mail/Text: bankruptcy@yourasecu.com Jan 23 2017 21:23:59     ASECU,    PO BOX 231150,
              MONTGOMERY, AL 36123-1150
3143068      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2017 21:27:09
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
3136245     +E-mail/Text: chesterfieldmtg@bellsouth.net Jan 23 2017 21:24:57     CHESTERFIELD LOANS,
              19 S. PERRY STREET,    MONTGOMERY, AL 36104-3756
3136250     +E-mail/Text: bk@creditcentralllc.com Jan 23 2017 21:24:39     CREDIT CENTRAL,
              1734 EAST MAIN STREET,    Prattville, AL 36066-5582
3136249     +E-mail/Text: bk@creditcentralllc.com Jan 23 2017 21:24:39     CREDIT CENTRAL,
              700 E NORTH ST STE 15,    GREENVILLE, SC 29601-3013
3136254     +Fax: 614-760-4092 Jan 23 2017 21:36:38      EASY MONEY,    1102 ANN STREET,
              Montgomery, AL 36107-3002
3136259     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 23 2017 21:21:40     EXETER FINANCE CORP,
              1231 GREENWAY DR,    IRVING, TX 75038-2531
3136258     +E-mail/Text: bknotice@erccollections.com Jan 23 2017 21:24:18     Enhanced Recovery Corp,
              ATTENTION: CLIENT SERVICES,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
3136265     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2017 21:24:15     MIDLAND FUNDING,
              8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3136266      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2017 21:24:15      MIDLANDMCM,
              8875 AERO DRIVE SUITE 200,    San Diego, CA 92123-2255
3136272      +E-mail/Text: bankruptcy.noticing@security-finance.com Jan 23 2017 21:23:49      SECURITY FIN,
              SFC CENTRALIZED BANKRUPTCY,    PO BOX 1893,    SPARTANBURG, SC 29304-1893
3136273      +E-mail/Text: bankruptcy.noticing@security-finance.com Jan 23 2017 21:23:49      SECURITY FINANCE,
              P.O. BOX 3146,    Spartanburg, SC 29304-3146
3186955      +E-mail/Text: bankruptcy.noticing@security-finance.com Jan 23 2017 21:23:49
              SFC-Central Bankruptcy,    P.O. Box 1893,    Spartanburg, S.C 29304-1893
3136275      +E-mail/Text: checkmontgomery@gmail.com Jan 23 2017 21:24:58      SIGNATURE FINANCE,
              17 COMMERCE STREET,    Montgomery, AL 36104-3502
3166545       E-mail/Text: appebnmailbox@sprint.com Jan 23 2017 21:24:12      Sprint Corp,
              Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
3187120      +E-mail/Text: wmcbkdept@waltersmgmt.com Jan 23 2017 21:24:53      Service Loan Company,
              577 McQueen Smith Rd. S,    Prattville, AL 36066-5560
3136279       Fax: 912-629-1539 Jan 23 2017 21:36:38      Title Max,    708 E. Main St.,    Prattville, AL 36067
3217587       Fax: 912-629-1539 Jan 23 2017 21:36:38      TitleMax of Alabama, Inc. d/b/a TitleMax,
              15 Bull Street, Suite 200,    Savannah, GA 31401
3136278       E-mail/Text: bankruptcy@tritonmgt.com Jan 23 2017 21:24:42      THE MONEY STORE,
              632 S. MEMORIAL DRIVE,    Prattville, AL 36067
3136282      +E-mail/PDF: bk@worldacceptance.com Jan 23 2017 21:21:01      WORLD ACCEPTANCE CORP,
              WORLD ACCEPTANCE CORP/ATTN BANKRUPTCY,    PO BOX 6429,    GREENVILLE, SC 29606-6429
3140375      +E-mail/PDF: bk@worldacceptance.com Jan 23 2017 21:21:20      World Finance Corporation,
              579 Mcqueen Smith Rd.,    South,    Prattville, AL 36066-5560
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3215656        (EAST) THE HEALTH CARE AUTHORITY FOR BAPTIST HEALT
3215660        (PRATTVILLE) THE HEALTH CARE AUTHORITY FOR BAPTIST
3215659        MONTGOMERY, AL 36123
3215663        MONTGOMERY, AL 36123
3215658        P.O. BOX 230759
3215662        P.O. BOX 230759
3136276        Speedee Cash,   1501 Eastern Boulevard,    Montgomery
3215657        c/o CHAMBLESS-MATH & CARR, PC
3215661        c/o CHAMBLESS-MATH & CARR, PC
3173288*      +Credit Management, LP,   4200 International Parkway,    Carrollton, TX 75007-1912
3136247     ##+COVINGTON CREDIT,   2050 HWY 14 E,    Prattville, AL 36066-7307
3136255     ##+EDMANAGE,   PO BOX 91388,    RALEIGH, NC 27675-1388
                                                                                   TOTALS: 9, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Joshua C. Milam    on behalf of Joint Debtor Gabrielli  Haley jmilam@smclegal.com,
           scarter@smclegal.com;cthornton@smclegal.com
          Joshua C. Milam    on behalf of Debtor Ronald  Barnes, Jr. jmilam@smclegal.com,
           scarter@smclegal.com;cthornton@smclegal.com
          Leonard N. Math    on behalf of Creditor    ALABAMA STATE EMPLOYEES CU noticesmd@chambless-math.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Leonard N. Math    on behalf of Creditor    Alabama State Employees C.U. noticesmd@chambless-math.com

          Richard D. Shinbaum    on behalf of Joint Debtor Gabrielli    Haley rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com

          Richard D. Shinbaum    on behalf of Debtor Ronald    Barnes, Jr. rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com

          Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com

                                                                           TOTAL: 8