UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|   RONALD BARNES, JR. | ) | |
|   GABRIELLI HALEY | ) | CASE NO. 14-32159-DHW-13 |
|     Debtor(s). | ) | |

## NOTICE OF TERMINATION OF AUTOMATIC STAY AND CLAIM REDUCTION

Now Comes, ALABAMA STATE EMPLOYEES C.U. , a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C., pursuant to the Conditional Order Terminating Stay previously entered by this Court and hereby gives notice that the automatic stay provided by 11 U.S.C. § 362(a) has terminated on the 2005 GMC YUKON AND 2013 CHEVROLET CRUZE pursuant to terms of that order.

Further, please reduce the remaining secured balance of the Creditor's ECF CLAIM NOS. 6, 7 AND 30 to the amount paid. Creditor shall file an unsecured deficiency claim for any balance still owing after the sale of the collateral.

ALABAMA STATE EMPLOYEES C.U.

By: */s/ Leonard N. Math*
Attorney for the Creditor

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on February 9, 2017.

x     by electronic service

SABRINA L. MCKINNEY
Chapter 7 Trustee
PO BOX 173
MONTGOMERY AL 36101
trustees_office@ch13mdal.com

JOSHUA C. MILAM
SHINBAUM & CAMPBELL
566 S. PERRY STREET
MONTGOMERY AL 36104
jmilam@smclegal.com

x     depositing a copy thereof in the United States mail postage prepaid:

RONALD BARNES, JR.
GABRIELLI HALEY
1007 MARTIN LUTHER KING DRIVE
PRATTVILLE AL 36067

                                              /s/ Leonard N. Math
                                              Chambless Math ❖ Carr, P.C.