IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: CASE NO. 14-32159-DHW
CHAPTER 13
RONALD BARNES JR

GABRIELLI HALEY

    Debtor(s)

## TRUSTEE'S STATUS REPORT IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, the Trustee, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on August 13, 2014 and confirmed on November 03, 2014.

2. The debtor(s) current plan payments are $174.00 biweekly.

3. The overall pay record is 60.23% and the debtor(s) total plan delinquency is $7,177.34.

4. No prior Motions to Dismiss have been filed in this case.

5. This is the only Motion to Dismiss filed in the past 12 months.

6. One motions for relief have been filed in this case.

7. The last payments received by the Trustee from the debtor(s) were received on:

    | | | | |
    |---|---|---|---|
    | $285.00 | 04/22/2016 | $285.00 | 05/04/2016 |
    | $249.79 | 05/17/2016 | $285.00 | 06/01/2016 |
    | $285.00 | 06/14/2016 | $125.00 | 10/26/2016 |
    | $150.00 | 11/10/2016 | $175.00 | 12/22/2016 |

8. The case is feasible.

9. There is not a working Income Withholding Order in this case.

Respectfully submitted on February 15, 2017.

                                      Sabrina L. McKinney
                                      Acting Chapter 13 Trustee

                        By:    /s/ *Sabrina L. McKinney*
                                    Sabrina L. McKinney
                                    Acting Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on February 15,

                      By:    /s/ *Sabrina L. McKinney*
                                  Sabrina L. McKinney
                                  Acting Chapter 13 Trustee